# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| In re:<br>**Arturo Gamboa**<br><br>**Debtor(s)** | Case No. 17-30614<br><br>Chapter 7 |

### RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY
### OF ACT AGAINST PROPERTY

Ronald Ingalls, trustee, files this Response To Motion For Relief From Automatic Stay Of Act Against Property filed by Quicken Loans, Inc., and would show the court as follows:

1. The allegations of paragraphs 1 through 4, and 12 are admitted.

2. The allegations of paragraph 8, 10, and 13 are denied.

3. The Trustee is without sufficient information to admit or deny the allegations of paragraph 5, 6, and 11, and therefore denies the same.

4. The Trustee admits the first two sentences of paragraph 9, but denies the third sentence.

5. The Trustee requests a reasonable to time to find a buyer for the property. The application to employ brokers was granted by an order dated June 27, 2017.

Wherefore, Ronald Ingalls, trustee, prays that he be allowed a reasonable time to sell the property, and the stay should be conditioned accordingly.

/s/ Ronald Ingalls
Ronald Ingalls
SBT 10391900
CHAPTER 7 TRUSTEE
PO Box 2867
Fredericksburg, TX 78624-1927
Tel: (830) 307-3244
Fax: (512) 900-8224
Email: ron@ingallstrustee.com

CERTIFICATE OF SERVICE

The signature above certifies that a true and correct copy of the above pleading has been served by first class mail and/or email on July 25, 2017, on the following:

| | |
|---|---|
| Gordon Green<br>Aldridge Pite LLP<br>PO Box 17933<br>San Diego CA 92177-0933 | US Trustee<br>615 E Houston St., Suite 533<br>San Antonio TX 78205 |

Arthur Gamboa
7368 Black Sage
El Paso, TX 79911

Cheryl Davis
cheryl@cherylsdavislaw.com